# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

STEPHEN GOLDMAN,

    Plaintiff,

v.                                          No. 20-cv-388 JCH-JHR

METROPOLITAN DETENTION CENTER, *et al*,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Civil Rights Complaint (**Doc. 1**) is **DISMISSED without prejudice**.

_____
UNITED STATES DISTRICT JUDGE